IN the INTEREST OF: S.J.
a/k/a S.M., a Minor

3148 EDA 2016

Superior Court of Pennsylvania.

Filed 03/20/2017

30 O.C.A.2016 (Monroe)

Affirmed

COM.

v.

FIGUEREO, K.

282 MDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–40–CR–0001323–2011
CP–40–CR–0001419–2012
(Luzerne)

Affirmed

IN RE: RICHARD, R.

624 MDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–14–MD–0001683–2015
(Centre)

Affirmed

COM.

v.

LEFEVER, B.

781 MDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–36–CR–0005604–2014
(Lancaster)

Affirmed/Vacated/Remanded

COM.

v.

JOHNSON, D.

1005 MDA 2016

Superior Court of Pennsylvania.

03/20/2017

CP–36–CR–0000616–2014
(Lancaster)

Affirmed

